%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

ANGIONDYNAMICS, INC.

                V.

DIOMED HOLDINGS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    · 06   002

TO: (Name and address of Defendant)

Diomed Holdings, Inc.
c/o United Corporate Services
874 Walker Road
Suite C
Dover, DE 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John G. Harris, Esq.
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within ~~Thirty (30)~~ *Twenty (20)* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                JAN 0 3 2006

CLERK                                                                           DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/3/06 |
| NAME OF SERVER (PRINT) Robert Smith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served Biomed Holdings, Inc by serving United Corporate Services at 874 Walker Road, Dover DE 19904 at 4:10pm Person accepting service: Grizel Muniz

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/3/06
           Date

*Signature of Server*

Parcels Inc
230 N. Market St, Wilm DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.