# EXHIBIT C



**COMPANY INFO**  **PRODUCTS**  **PATIENTS**  **PHYSICIANS**  **INVESTORS**  **INTERNATIONAL**

**INVESTOR HOME**

**CORPORATE OVERVIEW**

**STOCK INFO**

**INVESTOR FAQS**

**NEWS**

**EVENTS**

**SEC FILINGS**

**FINANCIAL REPORTS**

**INFO REQUEST**

**CORPORATE GOVERNANCE**

**EMAIL ALERTS**

**HOME**

### News Release

View printer-friendly version

<< Back

**Diomed Receives Notice of Allowance for Key U.S. EVLT Patent**

ANDOVER, Mass., Jul 26, 2005 (BUSINESS WIRE) -- Diomed, Inc., a subsidiary of Diomed Holdings, Inc. (AMEX: DIO), a leading developer and marketer of minimally invasive medical technologies, today announced that it has received a Notice of Allowance from the U.S. Patent and Trademark Office allowing a patent encompassing a proprietary marked introducer sheath for use with its patented EVLT(R) laser treatment for varicose veins.

The new patent, which includes both product and method claims, covers use of an introducer sheath that has graduated markings to aid a physician in moving the laser fiber through the vein at a desired rate during the procedure. Diomed introduced this technical innovation to the market in the fourth quarter of 2003. Currently, all EVLT(R) procedure kits sold by Diomed contain the marked introducer sheath covered by the patent.

"This Notice of Allowance is a significant accomplishment for Diomed," stated James A. Wylie, President and Chief Executive Officer of Diomed Holdings, Inc. "Complementing our pioneering U.S. Patent No. 6,389,777, which covers intraluminal laser vein treatment procedures, the new patent will provide Diomed with yet another competitive tool by further strengthening our existing patent portfolio."

Diomed is currently pursuing patent suits in federal court in Boston against Vascular Solutions, Inc., AngioDynamics, Inc., Total Vein Solutions, LLC, and CoolTouch, Inc. for infringement of Diomed's U.S. Patent Number 6,398,777 covering intraluminal laser treatment of varicose veins. The AngioDynamics and Vascular Solutions patent suits are in the discovery stage which is scheduled to be concluded in September. The other cases are earlier in the legal process.

In a separate suit unrelated to the U.S. Patent 6,398,777 infringement lawsuits, Diomed is taking action against Vascular Solutions and one of its former employees for trade secret misappropriation related to their introduction and sale of a marked sheath.

Diomed declined to comment on how the new patent may impact its litigation strategy to protect its intellectual property including patents and trade secrets.

About Diomed

Diomed develops and commercializes minimally invasive medical procedures that use its proprietary laser technologies and disposable products. Diomed focuses on EndoVenous Laser Treatment (EVLT(R)) for use in varicose vein treatments, photodynamic therapy (PDT) for use in cancer treatments, and dental and general surgical applications. The EVLT(R) procedure and the Company's related products were cleared by the United States FDA in January of 2002. Along with lasers and single-use procedure kits for EVLT(R), the Company provides its customers with state of the art physician training and practice development support. Additional information is available on the Company's website, www.evlt.com. EVLT(R) is a registered trademark of Diomed, Inc., Andover, MA.

Safe Harbor statements under the Private Securities Litigation Reform Act of 1995: Statements in this news release looking forward in time involve risks and uncertainties, including the risks associated with trends in the products markets, reliance on third party distributors in various countries outside the United States, reoccurring orders under OEM contracts, market acceptance risks, technical development risks and other risk factors. These statements relate to our future plans, objectives, expectations and intentions. These statements may be identified by the use of words such as "may," "will," "should," "potential," "expects," "anticipates," "intends," "plans," "believes" and similar expressions. These statements are based on our current beliefs, expectations and assumptions and are subject to a number of risks and uncertainties. Our actual results could differ materially from those discussed in these statements. Our Annual Report on Form SEC 10-KSB (the "Annual Report") contains a discussion of certain of the risks and uncertainties that affect our business. We refer you to the "Risk Factors" on pages 22 through 37 of the Annual Report for a discussion of certain risks, including those relating to our business as a medical device company without a significant operating record and with operating losses, our risks relating to our commercialization of our current and future products and

applications and risks relating to our common stock and its market value. Diomed disclaims any obligation or duty to update or correct any of its forward-looking statements.

SOURCE: Diomed, Inc.

```
Diomed Holdings, Inc.
Christopher J. Geberth, 877-434-6633 or 978-824-1816
investor-relations@diomedinc.com
 OR
Investor Relations:
Cameron Associates
Al Palombo, 212-554-5488
al@cameronassoc.com
```

Site Map            Copyright ©2005 Diomed, Inc.            Designed and devel