IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06 002 (GMS) |
| v. | ) | |
| | ) | |
| DIOMED HOLDINGS, INC | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

TO:   Clerk of the Court

PLEASE ISSUE as above direct and instruct Reed Smith LLP through a private process server to effect service upon the Defendant as follows:

Serve Defendant Diomed Holdings, Inc. by serving its registered agent:

Diomed Holdings, Inc.
c/o United Corporate Services
874 Walker Road
Suite C
Dover, DE  19904


Dated: January 17, 2006                REED SMITH LLP

                          By:   /s/ John G. Harris
                                John G. Harris (I.D. No. 4017)
                                1201 Market Street, Suite 1500
                                Wilmington, Delaware 19801
                                Telephone:  (302) 778-7500
                                Facsimile:  (302) 778-7575
                                E-mail: jharris@reedsmith.com

                                Attorney for Plaintiff