IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED HOLDINGS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-002 (GMS) |

### DIOMED HOLDINGS, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Diomed Holdings, Inc. ("Diomed") states the following: (i) Diomed has no parent company; and (ii) no publicly held corporation owns 10% or more of Diomed. Diomed reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

*[signature]*

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Kelly E. Farnan (#4395)
(Farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

OF COUNSEL:
Michael A. Albert
Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Dated: January 31, 2006

Attorneys for Defendant Diomed Holdings, Inc.

RLF1-2975846-1

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed this document with the Clerk of Court using the CM/ECF system, which is expected to send notification of such filing(s) to the following counsel for AngioDynamics:

**BY HAND DELIVERY**
John G. Harris, Esq.
Reed Smith, LLP
jharris@reedsmith.com
1201 North Market Street, Suite 1500
Wilmington, DE  19801-1163

_____
Frederick L. Cottrell III (#2555)
cottrell@rlf.com

RLF1-2976045-1