IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED HOLDINGS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-002 (GMS) |

### DIOMED HOLDINGS, INC.'S MOTION TO DISMISS

Defendant Diomed Holdings, Inc., by and through its undersigned counsel, hereby moves this Court for an order, in a form substantially similar to the attached Order, dismissing the present action under Fed. R. Civ. P. 12(b)(1), 12(b)(6), 8(a), 9(b), and the authority cited in the accompanying brief for lack of declaratory judgment jurisdiction, failure to properly plead claims, and the other deficiencies identified in the brief. The grounds for this motion are set forth in the brief and accompanying exhibits filed contemporaneously herewith.

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Kelly E. Farnan (#4395)
(Farnan@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

OF COUNSEL:
Michael A. Albert
Michael N. Rader
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000

Dated: January 31, 2006

Attorneys for Defendant Diomed Holdings, Inc.

RLF1-2975833-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-002 (GMS) |
| v. | ) ) | |
| DIOMED HOLDINGS, INC., | ) ) | |
| Defendant. | ) ) | |

**PROPOSED ORDER**

This ____ day of _____ 2006, the Court having considered Defendant Diomed Holdings, Inc.'s Motion to Dismiss, IT IS ORDERED that Diomed Holdings, Inc.'s Motion to Dismiss is GRANTED.

The Honorable Gregory M. Sleet
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2006, I electronically filed this document with the Clerk of Court using the CM/ECF system, which is expected to send notification of such filing(s) to the following counsel for AngioDynamics:

**BY HAND DELIVERY**
John G. Harris, Esq.
Reed Smith, LLP
jharris@reedsmith.com
1201 North Market Street, Suite 1500
Wilmington, DE 19801-1163

_____
Frederick L. Cottrell III (#2555)
cottrell@rlf.com

RLF1-2976045-1