# EXHIBIT A
# (CD FILED WITH CLERK'S OFFICE)

# EXHIBIT B

# News Release

AngioDynamics Files Complaint Against Diomed Regarding Patent Invalidity

QUEENSBURY, N.Y.--(BUSINESS WIRE)--Jan. 3, 2006--AngioDynamics, Inc. (Nasdaq:ANGO) announced today that it has filed a complaint in the United States District Court for the District of Delaware against Diomed, Inc. (AMEX:DIO) AngioDynamics is seeking a judgment declaring that the claims of Diomed's recently issued 6,981,971 patent, entitled Medical Laser Device, are invalid, unenforceable and not infringed by the manufacture or sale of AngioDynamics' VenaCure system. The 6,981,971 patent relates to a medical device that includes graduated markings along a sheath used in endovenous laser treatments. In a recent public announcement, Diomed stated that AngioDynamics is offering marked introducer sheaths embraced by the allowed patent application that is now the 6,981,971 patent.

"With this action for a declaratory judgment, AngioDynamics is proactively responding to Diomed's allegations by seeking a swift ruling from the court that the patent in question is invalid, unenforceable and not infringed by AngioDynamics," said Eamonn P. Hobbs, president and chief executive officer of AngioDynamics. "The declaratory judgment action supports our strong conviction that the patent is invalid and cannot be enforced, and we are confident of a favorable ruling by the court."

AngioDynamics markets the VenaCure(TM) endovenous laser system as a minimally invasive alternative for the treatment of varicose veins. In January 2004, Diomed filed a lawsuit against AngioDynamics alleging patent infringement related to AngioDynamics' VenaCure endovenous laser treatment system. This suit involves a single US patent, 6,398,777 covering a specific method of varicose vein treatment. The '777 law suit is a separate and ongoing case relating to the VenaCure system.

About AngioDynamics

AngioDynamics, Inc. (www.angiodynamics.com) is a leading provider of innovative medical devices used by interventional radiologists, vascular surgeons and other physicians for the minimally invasive diagnosis and treatment of peripheral vascular disease. AngioDynamics, Inc. designs, develops, manufactures and markets a broad line of therapeutic and diagnostic devices that enable interventional physicians, such as interventional radiologists, vascular surgeons and others, to treat peripheral vascular diseases and other non-coronary diseases. AngioDynamic's diverse product line includes angiographic catheters, hemodialysis catheters, endovascular laser venous system products, PTA dilation balloon catheters, image-guided vascular access products, thrombolytic products and drainage products.

The statements made in this document contain certain forward-looking statements that involve a number of risks and uncertainties. Words such as "expects," "intends," "anticipates," "plans," "believes," "seeks," "estimates," or variations of such words and similar expressions, are intended to identify such forward-looking statements. Investors are cautioned that actual events or results may differ from the Company's expectations. In addition to the matters described above, the ability of the Company to develop its products, future actions by the FDA or other regulatory agencies, results of pending or future clinical trials, results of pending patent litigation, overall economic conditions, general market conditions, market acceptance, foreign currency exchange rate fluctuations, the effects on pricing from Group Purchasing Organizations, competition, as well as the risk factors listed from time to time in the SEC filings of AngioDynamics, Inc., including but not limited to its Annual Report on Form 10-K for the year ended May 28, 2005, may affect the actual results achieved by the Company.

CONTACT: AngioDynamics, Inc.
Joe Gerardi, 800-772-6446 x115
http://www.angiodynamics.com/
or
Investor Relations Contacts:
Lippert/Heilshorn & Associates, Inc
Kim Sutton Golodetz, 212-838-3777
kgolodetz@lhai.com
or
Bruce Voss, 310-691-7100
bvoss@lhai.com

SOURCE: AngioDynamics, Inc