UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-002 (GMS) |
| v. ) | |
| ) | |
| DIOMED HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |

## ANGIODYNAMICS, INC.'S MOTION FOR LEAVE TO AMEND ANGIODYNAMICS, INC.'S FIRST AMENDED COMPLAINT

Please take notice that upon the annexed memorandum of law entitled: AngioDynamics, Inc.'s Answer to Diomed Holdings, Inc.'s Motion to Dismiss And AngioDynamics, Inc.'s Brief in Support of AngioDynamics, Inc.'s Motion for Leave to Amend AngioDynamics, Inc.'s First Amended Complaint, the accompanying exhibits to said memorandum of law, and upon all the pleadings and proceedings had herein, plaintiff, AngioDynamics, Inc., by and through its undersigned counsel, hereby respectfully moves this Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure for an order, in a form substantially similar to the attached Proposed Order, granting plaintiff leave to file and serve the Second Amended Complaint annexed hereto as Exhibit A. A blacklined version of the Second Amended Complaint compared to the First Amended Complaint is also annexed hereto as Exhibit B.

Dated: February 14, 2006    Respectfully submitted,

REED SMITH LLP

*[signature]*

John G. Harris (DE I.D. No. 4017)
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7557

OF COUNSEL:
Arthur Dresner
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Telephone: 212.521.5400
Facsimile: 212.521.5450

Counsel for the Plaintiff
Angiodynamics, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-002 (GMS) |
| v. ) | |
| ) | |
| DIOMED HOLDINGS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

This ____ day of _____ 2006, the court, having considered ANGIODYNAMICS, INC.'S MOTION FOR LEAVE TO AMEND ANGIODYNAMICS, INC.'S FIRST AMENDED COMPLAINT:

IT IS HEREBY ORDERED that AngioDynamics, Inc.'s Motion is granted, and AngioDynamics, Inc. is hereby granted leave to file and serve its Second Amended Complaint.

_____
The Honorable Gregory M. Sleet
United States District Judge

-1-