UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-002 (GMS) |
| v. | ) ) | |
| DIOMED HOLDINGS, INC., | ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

I, John G. Harris, Esq., hereby certify that on this 14th day of February 2006 I caused a true and correct copy of *AngioDynamics, Inc.'s Motion for Leave to Amend AngioDynamics, Inc.'s First Amended Complaint* to be served upon the addressee listed below in the manner indicated:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Dated: February 14, 2006

Respectfully submitted,

REED SMITH LLP

/s/ John G. Harris
John G. Harris (SBN 4017)
599 Lexington Avenue
New York, NY 10022-7650
Telephone: 212.521.5400
Facsimile: 212.521.5450

Counsel for the Plaintiff
Angiodynamics