# EXHIBIT A

# Diomed delivers patent infringement suit against N.Y. firm

01/07/2004 10:34 AM

Andover-based Diomed Inc. has launched legal action in the U.S. Federal District Court for the District of Massachusetts against N.Y. firm AngioDynamics Inc., a subsidiary of E-Z-EM Inc., seeking injunctive relief and damages for infringement of Diomed's patent covering the endovascular laser treatment of varicose veins.

No details of the amount of damages or relief being sought was released.

Diomed, a developer of minimally invasive medical technologies including EVLT for the laser treatment of varicose veins, acquired exclusive rights to the patent from the five inventors of the procedure in September 2003.

"Diomed has invested more than $20 million in the commercialization of EVLT over the last three years and we will aggressively protect this investment," said James Wylie, president and chief executive officer of Diomed's parent Diomed Holdings, in a statement. "Most importantly, we are fully committed to providing all physicians with open access to Diomed's EVLT technology, thereby ensuring the full range of benefits for patients and the medical community on a long-term basis."

Diomed stock opened at 29 cents, up one cent from yesterday's close.

