# EXHIBIT B

Case 1:06-cv-00002-GMS    Document 11-3    Filed 02/14/2006    Page 1 of 4



**INVESTOR HOME**

**CORPORATE OVERVIEW**

**STOCK INFO**

**INVESTOR FAQS**

**NEWS**

**EVENTS**

**SEC FILINGS**

**FINANCIAL REPORTS**

**INFO REQUEST**

**CORPORATE GOVERNANCE**

**EMAIL ALERTS**

**HOME**

# News Release

View printer-friendly version

<< Back

**Diomed Responds to VNUS Allegations**

ANDOVER, MA, July 22, 2005 --- Diomed Holdings, Inc. (AMEX: DIO), a leading developer and marketer of minimally invasive medical technologies, including its patented EVLT® treatment for varicose veins, today responded to a press release asserting that it is the subject of a patent infringement action by VNUS Medical Technologies, Inc.

The announcement, made by VNUS yesterday evening, states that VNUS filed an action in the United States District Court, Northern District of California, alleging that Diomed infringes several of VNUS' patents. According to the release, the action seeks an injunction against Diomed's selling certain products and unspecified monetary damages.

"Diomed has been marketing EVLT in the United States since January 2002," stated James A. Wylie, President and Chief Executive Officer. "The timing of this action raises serious questions as to the real motivation of the lawsuit. It would appear to be a response to Diomed's accelerating growth in the field of minimally invasive varicose vein treatment."

Mr. Wylie further went on to say, "We had no prior warning of the lawsuit and have not been served with the Complaint. Accordingly, we have no knowledge of the allegations other than the VNUS press release. Diomed takes intellectual property rights seriously, vigorously enforces its own patent rights, and has no reason to believe that it infringes any patent claims of VNUS. Diomed will be in a position to comment further once we have seen the Complaint."

The Company declined further comment, but expects to provide an

update on the status of the action during its scheduled second quarter conference on Thursday, July 28th.

About Diomed

Diomed develops and commercializes minimally invasive medical procedures that use its proprietary laser technologies and disposable products. Diomed focuses on EndoVenous Laser Treatment (EVLT®) for use in varicose vein treatments, photodynamic therapy (PDT) for use in cancer treatments, and dental and general surgical applications. The EVLT® procedure and the Company's related products were cleared by the United States FDA in January of 2002. Along with lasers and single-use procedure kits for EVLT®, the Company provides its customers with state of the art physician training and practice development support. Additional information is available on the Company's website, www.evlt.com. EVLT® is a registered trademark of Diomed, Inc., Andover, MA.

Safe Harbor statements under the Private Securities Litigation Reform Act of 1995: Statements in this news release looking forward in time involve risks and uncertainties, including the risks associated with trends in the products markets, reliance on third party distributors in various countries outside the United States, reoccurring orders under OEM contracts, market acceptance risks, technical development risks and other risk factors. These statements relate to our future plans, objectives, expectations and intentions. These statements may be identified by the use of words such as "may," "will," "should," "potential," "expects," "anticipates," "intends," "plans," "believes" and similar expressions. These statements are based on our current beliefs, expectations and assumptions and are subject to a number of risks and uncertainties. Our actual results could differ materially from those discussed in these statements. Our Annual Report on Form SEC 10-KSB (the "Annual Report") contains a discussion of certain of the risks and uncertainties that affect our business. We refer you to the "Risk Factors" on pages 22 through 37 of the Annual Report for a discussion of certain risks, including those relating to our business as a medical device company without a significant operating record and with operating losses, our risks relating to our commercialization of our current and future products and applications and risks relating to our common stock and its market value. Diomed disclaims any obligation or duty to update or correct any of its forward-looking statements.

