# EXHIBIT C

Case 1:06-cv-00002-GMS    Document 11-4    Filed 02/14/2006    Page 1 of 3



# Diomed files second patent infringement suit for laser procedure

03/05/2004 10:26 AM

Andover's Diomed Inc. has filed suit in the United States Federal District Court for the District of Massachusetts against Minneapolis-based Vascular Solutions Inc., seeking injunctive relief and damages for infringement of Diomed's patent covering the endovascular laser treatment (EVLT) of varicose veins.

Diomed filed a similar legal action against N.Y. company AngioDynamics Inc., a subsidiary of E-Z-EM Inc. on January 6, 2004.

Diomed, a developer and marketer of minimally invasive medical technologies, including EVLT for the laser treatment of varicose veins, acquired exclusive rights to the patent from the five inventors of the procedure in September 2003.

"Diomed has committed to invest $4.5 million in the acquisition of sole and exclusive rights to the key patent in the field," said James Wylie, president and chief executive officer of Diomed Holdings Inc. "Accordingly, we plan to defend our legal rights under U.S. patent law while ensuring the full range of benefits for patients and the medical community on a long-term basis."

Diomed stock opened at 18 cents, up one cent from yesterday's close.

