# EXHIBIT D



### News Release

View printer-friendly version

<< Back

**Markman Ruling Strengthens Diomed Patent Position**

ANDOVER, MA, April 13, 2005, --- Diomed Holdings, Inc. (AMEX: DIO - News), a leading developer and marketer of minimally invasive medical technologies, including its patented EndoVenous Laser Treatment (EVLT®) for varicose veins, today reported that the honorable Judge Richard G. Stearns issued his Memorandum and Order on Claims Construction in Diomed's patent infringement case against its competitors AndioDynamics and Vascular Solutions, Inc.

"In Markman hearings such as these, judges provide clarification and interpretations of patent claims in order to provide the jury a yardstick against which to measure an infringer's conduct," stated James A. Wylie, President and Chief Executive Officer at Diomed Holdings, Inc. "We are pleased with Judge Stearns' ruling. Taken together with the evidence that has been discovered during the litigation process, this ruling further strengthens our ability to enforce the '777 patent against infringement by our competitors."

IIn January 2004, Diomed commenced legal action in the United States Federal District Court for the District of Massachusetts against AngioDynamics, Inc. seeking injunctive relief and damages for infringement of Diomed's United States Patent Number 6,398,777 covering the endovascular laser treatment of varicose veins. Diomed acquired exclusive rights to the patent from the five inventors of the procedure in September 2003. Diomed initiated similar actions against Vascular Solutions and two other competitors later in 2004. Discovery and depositions in the case are expected to continue through the second quarter of 2005.

"As we have stated in the past, Diomed has made a significant investment in the commercialization of EVLT® and we fully intend

to protect our intellectual property against willful and improper conduct by individuals or companies that infringe upon Diomed's legal rights," added Wylie. "We look forward to seeing these cases to their just conclusion."

The Company declined further comment on the pending action. The full text of the Judge Stearns' Memorandum and Order may be obtained from the court's file in this case.

About Diomed

Diomed develops and commercializes minimally invasive medical procedures that use its proprietary laser technologies and disposable products. Diomed focuses on EndoVenous Laser Treatment (EVLT®) for use in varicose vein treatments, photodynamic therapy (PDT) for use in cancer treatments, and dental and general surgical applications. The EVLT® procedure and the Company's related products were cleared by the United States FDA in January of 2002. Along with lasers and single-use procedure kits for EVLT®, the Company provides its customers with state of the art physician training and practice development support. Additional information is available on the Company's website: www.diomedinc.com or www.evlt.com.

EVLT® is a registered trademark of Diomed Inc.

Safe Harbor statements under the Private Securities Litigation Reform Act of 1995: Statements in this news release looking forward in time involve risks and uncertainties, including the risks associated with trends in the products markets, reliance on third party distributors in various countries outside the United States, reoccurring orders under OEM contracts, market acceptance risks, technical development risks and other risk factors. These statements relate to our future plans, objectives, expectations and intentions. These statements may be identified by the use of words such as "may," "will," "should," "potential," "expects," "anticipates," "intends," "plans," "believes" and similar expressions. These statements are based on our current beliefs, expectations and assumptions and are subject to a number of risks and uncertainties. Our actual results could differ materially from those discussed in these statements. Our Annual Report on Form SEC 10-KSB/A (the "Annual Report") contains a discussion of certain of the risks and uncertainties that affect our business. We refer you to the "Risk Factors" on pages 19 through 32 of the Annual Report for a discussion of certain risks, including those relating to our business

as a medical device company without a significant operating record and with operating losses, our risks relating to our commercialization of our current and future products and applications and risks relating to our common stock and its market value. Diomed disclaims any obligation or duty to update or correct any of its forward-looking statements.

