# EXHIBIT E



INVESTOR HOME

CORPORATE OVERVIEW

STOCK INFO

INVESTOR FAQS

NEWS

EVENTS

SEC FILINGS

FINANCIAL REPORTS

INFO REQUEST

CORPORATE GOVERNANCE

EMAIL ALERTS

HOME

## News Release

View printer-friendly version

<< Back

**Vascular Solutions Concedes on Diomed's Trademark and Disparagement Claims**

ANDOVER, MA, July 13, 2005, --- Diomed Holdings, Inc. (AMEX: DIO), a leading developer and marketer of minimally invasive medical technologies, including its patented EVLT® laser procedure for varicose veins, today announced the results of the hearing held in its pending case against Vascular Solutions, Inc. and a former Vascular Solutions employee, asserting counts for misappropriation of certain Diomed trade secrets relating to the EVLT® treatment, trademark infringement, and commercial disparagement.

At the hearing, under questioning from Judge Rya Zobel of the United States Federal District Court for the District of Massachusetts, Vascular Solutions conceded that it would stipulate to desist from any further use of the mark ELT, which Diomed alleged infringes Diomed's federally-registered EVLT® trademark. Vascular Solutions further stipulated that it would desist from any further dissemination of the defamatory statements alleged in Diomed's complaint.

Judge Zobel reserved judgment on a number of remaining issues in the case, including Diomed's claims for trade secret misappropriation. She is expected to issue a ruling relating to those claims at a subsequent date.

"Diomed is pleased that, as a result of this litigation, a competitor has agreed to respect Diomed's intellectual property," stated James Wylie, President and Chief Executive Officer of Diomed Holdings, Inc. "Diomed's patents and trademarks relating to its EVLT® laser vein treatment procedure are valuable intellectual property rights and we will continue to aggressively protect this investment."

This case is unrelated to the ongoing suit against Vascular

Solutions and other competitors for infringement of Diomed's patent relating to laser vein ablation, which is pending before a different judge in the same federal court in Massachusetts. Diomed continues to pursue its separate patent suits against Vascular Solutions, Angiondynamics, Inc., Total Vein Solutions, LLC, and CoolTouch, Inc. for infringement of Diomed's United States Patent Number 6,398,777 covering the endovascular laser treatment of varicose veins.

About Diomed

Diomed develops and commercializes minimally invasive medical procedures that use its proprietary laser technologies and disposable products. Diomed focuses on EndoVenous Laser Treatment (EVLT®) for use in varicose vein treatments, photodynamic therapy (PDT) for use in cancer treatments, and dental and general surgical applications. The EVLT® procedure and the Company's related products were cleared by the United States FDA in January of 2002. Along with lasers and single-use procedure kits for EVLT®, the Company provides its customers with state of the art physician training and practice development support. Additional information is available on the Company's website, www.evlt.com. EVLT® is a registered trademark of Diomed, Inc., Andover, MA.

Safe Harbor statements under the Private Securities Litigation Reform Act of 1995: Statements in this news release looking forward in time involve risks and uncertainties, including the risks associated with trends in the products markets, reliance on third party distributors in various countries outside the United States, reoccurring orders under OEM contracts, market acceptance risks, technical development risks and other risk factors. These statements relate to our future plans, objectives, expectations and intentions. These statements may be identified by the use of words such as "may," "will," "should," "potential," "expects," "anticipates," "intends," "plans," "believes" and similar expressions. These statements are based on our current beliefs, expectations and assumptions and are subject to a number of risks and uncertainties. Our actual results could differ materially from those discussed in these statements. Our Annual Report on Form SEC 10-KSB (the "Annual Report") contains a discussion of certain of the risks and uncertainties that affect our business. We refer you to the "Risk Factors" on pages 22 through 37 of the Annual Report for a discussion of certain risks, including those relating to our business as a medical device company without a significant operating record

and with operating losses, our risks relating to our commercialization of our current and future products and applications and risks relating to our common stock and its market value. Diomed disclaims any obligation or duty to update or correct any of its forward-looking statements.

