# EXHIBIT J

Case 1:06-cv-00002-GMS    Document 11-11    Filed 02/14/2006    Page 1 of 3



**News Release**

View printer-friendly version

<< Back

**Diomed Holdings, Inc. to Host Conference Call and Announce Second Quarter 2005 Financial Results on July 28, 2005**

ANDOVER, MA, July 14, 2005 – Diomed Holdings, Inc. (AMEX: DIO), a leading developer and marketer of minimally invasive medical technologies, including its patented EndoVenous Laser Treatment (EVLT®) for varicose veins, today announced that it will host a conference call to review the company's second quarter ended June 30, 2005 financial results.

The call will be conducted on July 28, 2005, at 10:00 a.m. (ET) and will be hosted by James A. Wylie, Jr., President and Chief Executive Officer, and David B. Swank, Chief Financial Officer. The company's financial results are scheduled to be released earlier that day.

Interested parties may access the conference call by dialing (888) 396-2356 (domestic) or (617) 847-8709 (international), participant pass code 98164012. The call will also be available via web cast at www.diomedinc.com.

If you are unable to participate, an audio digital replay of the call will be available from Thursday, July 28, 2005, 1:00 p.m. ET, until Thursday, August 4, 2005, 1:00 p.m. ET. The digital replay can be accessed by dialing 888-286-8010, (domestic) or 617-801-6888 (international), using pass code 85886739. A web archive will also be available during this time period at www.diomedinc.com.

About Diomed

Diomed develops and commercializes minimally invasive medical procedures that use its proprietary laser technologies and disposable products. Diomed focuses on EndoVenous Laser Treatment (EVLT®) for use in varicose vein treatments, photodynamic therapy (PDT) for use in cancer treatments, and

dental and general surgical applications. The EVLT® procedure and the Company's related products were cleared by the United States FDA in January of 2002. Along with lasers and single-use procedure kits for EVLT®, the Company provides its customers with state of the art physician training and practice development support. Additional information is available on the Company's website, www.evlt.com.

EVLT® is a registered trademark of Diomed Inc. Andover, MA.

