# EXHIBIT K





**REUTERS**

Delicacy

Change Edition

Updated: Fri 10 Feb 2006 | 3:13 PM ET

| HOME |
| BUSINESS |
| INVESTING |

News
Markets
Industries
Stocks
Overview
Quote
Option Quotes
Charts
Profile & Snapshot
Officers & Directors
Key Developments
Company News
Press Releases
Financial Highlights
Ratios
Financial Statements
Performance
Shares Shorted

Quote | symbol lookup | Search | News | GO

Login/Register | Help & Info |

BRITISH AIRWAYS
Business class is different on British Airways.
Experience more at ba.com

Get your weather forecast

## Key Developments for DIO.A  GO symbol lookup

### Diomed Holdings Inc (American Stock Exchange)

LAST [2:49 PM ET]  CHANGE
2.72 USD  ▼ -0.03 (-1.09%)

Risk Alert for DIO.A
Low

sponsored by
Scottrade QUALITY SERVICE

SECTOR: Healthcare | INDUSTRY: Medical Equipment & Supplies

▸ Best 6 Stocks for 2006   ▸ Free trades at Ameritrade.   ▸ Profile Report

◂ Previous (Requires Login) | Next ▸

**Diomed Holdings, Inc. and SonoSite Establish Cooperative Marketing and Education Alliance**
2006 Feb 9 2:00 PM

Diomed Holdings, Inc. announced the formation of a strategic marketing and educational alliance for the US vein care market with SonoSite, Inc., the in hand-carried ultrasound. The agreement is designed to accelerate adoption of hand-carried ultrasound and laser-based venous ablation technologies for the diagnosis and treatment of varicose veins. Under the terms of the three year agreement, the two companies will offer joint physician training and educational activities, with particular emphasis on co-sponsored seminars

advertisement

The financial world can be hard to navigate. We can make it easier.

ING

- Insider Trading
- Institutional Holders
- Risk Alerts
- Estimates
- Recommendations
- Analyst Research

**Funds**
**ETFs**
**Options**
**Commodities**
**Bonds**
**Currencies**
**Analyst Research**
**Ideas & Screening**
**Portfolio**

**NEWS**

and workshops, sales force cross-training, lead sharing and other co-marketing activities in the United States.

### Diomed Holdings, Inc. Launches Next Generation EVLT Procedure Kit
2006 Feb 2 2:08 PM

Diomed Holdings, Inc. announced the launch of its next generation EVLT procedure kit.

### Court Upholds Diomed Holdings, Inc. Subsidiary Diomed, Inc.'s Claim For Trade Secret Misappropriation Against Vascular Solutions
2006 Jan 31 6:00 PM

Diomed, Inc., a subsidiary of Diomed Holdings, Inc., announced that the Court has allowed its pending case for trade secret misappropriation against Vascular Solutions, Inc. and its former employee Nancy Arnold to proceed to trial. Vascular Solutions had sought summary judgment dismissing the entire case. The Company announced that motion was denied. Summary judgment was allowed on certain secondary claims in the case, but the core claim for trade secret theft was allowed to proceed.

### AngioDynamics Files Complaint Against Diomed Holdings, Inc.'s Diomed, Inc. Regarding Patent Invalidity
2006 Jan 3 8:24 PM

Diomed Holdings, Inc. announced that AngioDynamics, Inc. has filed a complaint in the United States District Court for the District of Delaware against Diomed, Inc., a subsidiary of the Company. AngioDynamics is seeking a judgment declaring that the claims of Diomed's recently issued 6,981,971 patent, entitled Medical Laser Device, are invalid, unenforceable and not infringed by the manufacture or sale of AngioDynamics' VenaCure system. The 6,981,971 patent relates to a medical device that includes graduated markings along a sheath used in endovenous laser treatments.

### Diomed Holdings, Inc. Files Summary Judgment Motion in Patent Suit against AngioDynamics and Vascular Solutions
2005 Dec 21 12:55 PM

Diomed Holdings, Inc.' Diomed, Inc. announced that it has filed its Motion for Summary Judgment in its patent infringement case against competitors AngioDynamics, Inc. and Vascular Solutions, Inc.



◀ Previous (Requires Login) | Next ▷         ▶ Learn about Key Developments

Featured Sponsors



## Analyst Research

**INDEPENDENT**

- Diomed Holdings, Inc.: Business description, financial summary, 3yr and interim financials, key statistics/ratios and historical ratio analysis.
  Wed Feb 8 From Reuters Investment Profile

- DIO 3-in-1: Investment Climate Report, Volatility Report, and Correlations Report Feb 10, 2006
  Fri Feb 10 From KRS

**BROKERAGE**

- Medical Device Fourth Quarter 2005 Earnings Preview
  Mon Jan 23 From Roth Capital Partners, Inc.

MORE →



NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq and all other quotes delayed by at least 15 minutes. Reuters does not endorse the views or opinions given by any third party content provider.

Data supplied by Reuters Fundamentals

Reuters.com  Help & Info | Contact Us | Feedback | Advertise | Disclaimer | Copyright | Privacy | Corrections | Partner Newspapers | Interactive TV | Mobile | RSS | XML
About Reuters | Products & Services | Customer Zone | Careers

Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.