UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-002 (GMS) |
| v. ) | |
| DIOMED HOLDINGS, INC., ) | |
| Defendant. ) | |

DECLARATION OF WILLIAM M. APPLIING
IN SUPPORT OF ANGIODYNAMICS, INC.'S
ANSWER TO DIOMED HOLDINGS, INC.'S
MOTION TO DISMISS

I, William M. Appling, declare as follows:

1. I am currently the Vice President of Research and Development of AngioDynamics, Inc. ("AngioDynamics") and have been employed by AngioDynamics or its predecessor, E-Z-Em, Incorporated, since 1988. The facts set forth herein are personally known to me and if called upon to testify under oath, I could do so competently. I submit this Declaration in support of AngioDynamics, Inc.'s Answer To Diomed Holdings, Inc.'s Motion To Dismiss.

1

2.      AngioDynamics manufactures and sells medical device products for the interventional treatment of peripheral vascular disease, including angiographic catheters and accessories, hemodialysis catheters and accessories, vascular access products and other venous products. One such product is the VenaCure™ Laser Vein Treatment kit (the "VenaCure™ kit" or "VenaCure™").

3.      VenaCure™ is intended for use in vascular therapy and for the endovascular laser treatment of varicose veins. VenaCure™ was first introduced to the marketplace in 2002 as the ELVS™ endovascular laser venous system. On or about August 5, 2004, AngioDynamics changed the name of its ELVS™ endovascular laser venous system to VenaCure™. With the exception of details of the delivery sheath, the newly named VenaCure™ was the same as the ELVS™ endovascular laser venous system.

4.      The VenaCure™ kit includes an introducer sheath intended to be inserted into a human vein to be treated and through which an optical fiber is intended to be inserted. The optical fiber is to be used for transmitting laser energy to be used to effect the desired treatment of the vein. This type of treatment is generally referred to as endovascular, or endovenous, laser treatment. The current version of the VenaCure™ sheath is provided with visible spaced markings on its outer surface. The markings may be used by the physician to achieve a more accurate pull-back rate.

5.  On January 6, 2004 Diomed, Inc. filed a patent infringement law suit against AngioDynamics in the Federal District Court for the District of Massachusetts (the "Boston Suit"). In the Boston Suit Diomed asserts that the making, using, offering to sell and selling of VenaCure™ constitutes infringement of its U.S. patent 6,398,777 (the "Boston patent"). The Boston Suit is currently being vigorously litigated.

6.  At no time has Diomed, Inc. offered to settle or to license AngioDynamics under their Boston patent.

7.  At no time has Diomed, Inc. offered to license to AngioDynamics either U.S. patent 6,981,971 or U.S. patent 6,986,766 or either of the applications that led to these two patents.

I declare under penalty of perjury under the laws of the United States of America and on the basis of personal knowledge that the foregoing is true and correct and that this declaration was executed in Queensbury, New York on the date indicated below.

Dated: 2/11/06

William M. Appling