UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-002 (GMS) |
| DIOMED HOLDINGS, INC., | ) |
| Defendant. | ) |

DECLARATION OF DAVID W. DOSTER
IN SUPPORT OF ANGIODYNAMICS, INC.'S
ANSWER TO DIOMED HOLDINGS, INC.'S
MOTION TO DISMISS

I, David W. Doster, declare as follows:

1. I am currently the Product Manager for the VenaCure™ product line for AngioDynamics, Inc. ("AngioDynamics"). The facts set forth herein are personally known to me and if called upon to testify under oath, I could do so competently. I submit this Declaration in support of AngioDynamics, Inc.'s Answer To Diomed Holdings, Inc.'s Motion To Dismiss.

1

2.      Prior to July 28, 2005 I became aware that Diomed Holdings, Inc. was scheduled to conduct an open teleconference to report on their results for the second quarter of 2005.

3.      On July 28, 2005 I followed the published instructions to allow me to listen to the teleconference live and I heard the conference and Mr. Wylie's statements made during the conference.

4.      On the same day as the teleconference, after hearing Mr. Wylie's statements regarding their allowed applications for the marked sheath for endovenous laser treatment and his remarks regarding AngioDynamics, which I understood as an accusation of infringement, I promptly reported what I had heard to our Manager of Intellectual Property .

I declare under penalty of perjury under the laws of the United States of America and on the basis of personal knowledge that the foregoing is true and correct and that this declaration was executed in Queensbury, New York on the date indicated below.

Dated: *11 Feb 2006*                                          _____
                                                              David W. Doster