UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED HOLDINGS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-002 (GMS) |

## CERTIFICATE OF SERVICE

I, John G. Harris, Esq., hereby certify that on this 14th day of February 2006 I caused a true and correct copy of the following:

1. AngioDynamics, Inc.'s Answering Brief in Opposition to Diomed Holdings, Inc.'s Motion to Dismiss and Angiodynamics, Inc.'s Brief in Support of Angiodynamics, Inc.'s Motion for Leave to Amend AngioDynamics, Inc.'s First Amended Complaint;

2. Declaration of William M. Appling in Support of Andiodynamics, Inc.'s Answering Brief in Opposition to Diomed Holdings, Inc.'s Motion to Dismiss; and

3. Declaration of David W. Doster in Support of Andiodynamics, Inc.'s Answering Brief in Opposition to Diomed Holdings, Inc.'s Motion to Dismiss

to be served upon the addressee listed below in the manner indicated:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

WILLIB-47095.1

- 2 -

Dated: February 14, 2006          Respectfully submitted,

                                                  REED SMITH LLP

/s/ John G. Harris
John G. Harris (SBN 4017)
599 Lexington Avenue
New York, NY 10022-7650
Telephone:   212.521.5400
Facsimile:    212.521.5450

Counsel for the Plaintiff
Angiodynamics

WILLIB-47095.1