I IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06 002 (GMS) |
| v. | ) | |
| | ) | |
| DIOMED HOLDINGS, INC | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ARTHUR M. DRESNER

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Arthur M. Dresner, Esq. to represent Plaintiff, Angiodynamics, Inc. in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the State of New York, New Jersey, Florida and United States Patent & Trademark Office, as well as the United States Court of Appeals for the Federal Circuit, United States District Court for the Southern and Eastern Districts of New York, United States District Court for the District of New Jersey and United States Supreme Court.

-2-

Dated: February 15, 2006                    Respectfully submitted,

                                                                        REED SMITH LLP

By:   /s/ John G. Harris
       John G. Harris (De Bar I.D. 4017)
       1201 Market Street - Suite 1500
       Wilmington, DE 19801
       Attorneys for Defendants Mellon Trust of
       Delaware, Mellon Bank and Mellon
       Financial Corporation
       Telephone: (302) 778-7500
       Facsimile: (302) 778-7575
       E-mail: jgharris@reedsmith.com