I IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06 002 (GMS) |
| v. ) | |
| ) | |
| DIOMED HOLDINGS, INC ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Arthur M. Dresner, Esq. is granted.

**IT IS SO ORDERED**.

BY THE COURT:

Dated: _____

_____
Honorable Gregory M. Sleet
United States District Court