IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06 002 (GMS) |
| v. ) | |
| ) | |
| DIOMED HOLDINGS, INC ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on this 15th day of February, 2006, I caused the foregoing, **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ARTHUR M. DRESNER** to be served on the following addressee, in the manner indicated below:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

By:    /s/ John G. Harris
       John G. Harris, Esq. (DE Bar I.D. 4017)