IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06 002 (GMS) |
| v. | ) | |
| | ) | |
| DIOMED HOLDINGS, INC | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF STEPHEN M. CHIN**

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Stephen M. Chin, Esq. to represent Plaintiff, Angiodynamics, Inc., in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the State and District Court bars of the State of New York and New Jersey, as well as the United States Patent and Trademark.

-2-

Dated: February 16, 2006                                  Respectfully submitted,

                                                          REED SMITH LLP

                                     By:   /s/ John G. Harris
                                                John G. Harris (De Bar I.D. 4017)
                                                1201 Market Street - Suite 1500
                                                Wilmington, DE 19801
                                                Attorneys for Defendants Mellon Trust of
                                                Delaware, Mellon Bank and Mellon
                                                Financial Corporation
                                                Telephone: (302) 778-7500
                                                Facsimile: (302) 778-7575
                                                E-mail: jgharris@reedsmith.com