IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06 002 (GMS) ) ) |
| DIOMED HOLDINGS, INC | ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

**CERTIFICATION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 of the District Court of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the State and District Court bars of the States of New York and New Jersey, as well as the United States Patent & Trademark, and, pursuant to Local Rule 83.6, hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court and am generally familiar with those Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been be submitted to the Clerk's Office with the filing of a previous motion in another case.

By: /s/ Stephen C.
Stephen M. Chin, Esq.
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
E-mail: schin@reedsmith.com

Dated: February 15, 2006