IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED HOLDINGS, INC )<br>)<br>)<br>Defendant. ) | Civil Action No. 06 002 (GMS)<br><br>JURY TRIAL DEMANDED |

**PROPOSED ORDER**

IT IS HEREBY ORDERED this _____ day of February, 2006, that counsel's Motion for admission *pro hac vice* of Stephen M. Chin, Esq. is granted.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: _____

_____
Honorable Gregory M. Sleet
United States District Court