IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06 002 (GMS) |
| v. | ) | |
| | ) | |
| DIOMED HOLDINGS, INC | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, John G. Harris, Esquire, hereby certify that on this 16th day of February, 2006, I caused the foregoing, **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF STEPHEN M. CHIN** to be served on the following addressee, in the manner indicated below:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899


By:   /s/ John G. Harris
      John G. Harris, Esq. (DE Bar I.D. 4017)