UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGIODYNAMICS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-002 (GMS) |
| v. | ) ) | |
| DIOMED HOLDINGS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2006, I caused a true and correct copy of *AngioDynamics, Inc.'s Reply Brief in Support of AngioDynamics, Inc.'s Motion for Leave to Amend AngioDynamics, Inc.'s First Amended Complaint* to be served upon the addressee listed below in the manner indicated:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


By: /s/ John G. Harris
    John G. Harris (SBN 4017)