UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIOMED HOLDINGS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-002 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that John G. Harris is no longer with the firm of Reed Smith LLP, counsel for Plaintiff Angiodynamics, Inc., and should hereby be removed as counsel to Plaintiff Angiodynamics, Inc.

PLEASE ENTER the appearance of David E. Wilks, Esquire, of Reed Smith LLP, as counsel for Plaintiff Angiodynamics, Inc. in the above-captioned matter.

REED SMITH LLP

By:   /s/ David E. Wilks
      David E. Wilks (I.D. No. 2793)
      1201 Market Street, Suite 1500
      Wilmington, Delaware 19801
      Telephone: (302) 778-7523
      Facsimile: (302) 778-7575
      E-mail: dwilks@reedsmith.com

      Attorney for Plaintiff
      Angiodynamics, Inc.

Dated: August 10, 2006