UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ANGIODYNAMICS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIOMED HOLDINGS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-002 (GMS) |

## CERTIFICATE OF SERVICE

I, David E. Wilks, Esquire, hereby certify that on this 10th day of August 2006, I caused a true and correct copy of the foregoing Notice of Withdrawal and Substitution of Counsel to be served upon the addressee listed below in the manner indicated:

**By Hand Delivery**
Fredrick L. Cottrell III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


REED SMITH LLP

By:   /s/ David E. Wilks
      David E. Wilks (I.D. No. 2793)
      1201 Market Street, Suite 1500
      Wilmington, Delaware 19801
      Telephone: (302) 778-7523
      Facsimile: (302) 778-7575
      E-mail: dwilks@reedsmith.com

      Attorney for Plaintiff
      Angiodynamics, Inc.